IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Bangs, Mintie Suzanne | Case Number: 08 B 07877 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 9/3/08 | Filed: 4/2/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: June 10, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 200.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 200.00 |
| Totals: | 200.00 | 200.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 2. | Lighthouse Financial Group | Secured | 2,918.58 | 0.00 |
| 3. | Option One Mortgage Corp | Secured | 44,077.87 | 0.00 |
| 4. | Internal Revenue Service | Priority | 5,719.00 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 120.16 | 0.00 |
| 6. | Nordstrom | Unsecured | 200.49 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 184.07 | 0.00 |
| 8. | National Capital Management | Unsecured | 140.46 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 76.94 | 0.00 |
| 10. | B-Real LLC | Unsecured | 65.54 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 7.30 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 745.50 | 0.00 |
| 13. | Capital One | Unsecured | 97.29 | 0.00 |
| 14. | AFNI | Unsecured |  | No Claim Filed |
| 15. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 16. | AAC | Unsecured |  | No Claim Filed |
| 17. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 18. | AFNI | Unsecured |  | No Claim Filed |
| 19. | Harris & Harris | Unsecured |  | No Claim Filed |
| 20. | First USA Bank/Lomas Bank | Unsecured |  | No Claim Filed |
| 21. | Harris & Harris | Unsecured |  | No Claim Filed |
| 22. | GEMB | Unsecured |  | No Claim Filed |
| 23. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 24. | Harris & Harris | Unsecured |  | No Claim Filed |
| 25. | Mellon Bank NA | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Bangs, Mintie Suzanne

Printed:  9/3/08

Case Number:  08 B 07877
Judge:  Goldgar, A. Benjamin
Filed:  4/2/08

| # | Creditor | Type | | Claim Status |
|---|---|---|---|---|
| 26. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 27. | Thd/Cbsd | Unsecured | | No Claim Filed |
| 28. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 29. | Spiegel | Unsecured | | No Claim Filed |
| 30. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| | | | $ 54,353.20 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____